UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DWAYNE NORTON,

    Plaintiff,

v.                                             CASE NO.: 8:13-cv-1990-T-23AEP

MARTIN SCHMIDT,
et al.,

    Defendants.
_____/

**ORDER**

The *pro se* plaintiff Dwayne Norton attempts impermissibly to appeal a state court's dismissal of his workers' compensation action. (Doc. 1) Magistrate Judge Porcelli issues (Doc. 4) a report recommending both the denial of Norton's motion to proceed *in forma pauperis* and the dismissal of the complaint. The report and recommendation (Doc. 4) is **ADOPTED** and Norton's objections (Doc. 5) are **OVERRULED**. Norton's motion to proceed *in forma pauperis* (Doc. 2) is **DENIED** and the complaint and this action are **DISMISSED**. The clerk is directed to close the case.

ORDERED in Tampa, Florida, on September 11, 2013.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE